THE PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, a corporation, *Plaintiff in Error*, vs. VINES ATKINS, *Defendant in Error*.

141 So. 305.

Division A.

Decision filed May 2, 1932.

*J. L. Blackwell*, for Plaintiff in Error;

*J. M. Hearn*, for Defendant in Error.

PER CURIAM.—The writ of error brings for review the order and judgment of the Circuit Court of Suwannee County granting a motion for a new trial.

The order should be affirmed on authority of the opinion and judgment in the case of Ruff vs. Ga. Sou. & Fla. Ry. Co., 67 Fla. 224, 64 Sou. 782; Carney vs. Stringfellow, et al., 73 Fla. 700, 74 Sou. 866; Goodno vs. South Fla. Farms Co., 95 Fla. 90, 116 Sou. 23, and cases there cited. It is so ordered.

Affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.